**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 5, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00325-CV

---

## IN THE ESTATE OF JOSEPHINE WALKER, DECEASED

---

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. P86-027**

---

## MEMORANDUM OPINION

This is an appeal from an order signed June 1, 2021. On September 23, 2021, appellant Nancy Ashley Walker filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.